IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
CLERK'S OFFICE
FEB 2 1 2019
US DISTRICT COURT
SAN JUAN, PR

**UNITED STATES OF AMERICA,**
Plaintiff,

v.                                          CRIMINAL NO. 19- 433 (M)

**SEALED**
Defendant.

## MOTION TO SEAL CRIMINAL COMPLAINT

TO THE HONORABLE COURT:

COMES NOW the United States of America, by and through the undersigned attorney, and very respectfully states and prays:

1. That attached to this motion is a sealed envelope containing a Criminal Complaint that is self-explanatory.

2. That after due consideration by this Honorable Court, the United States of America respectfully requests that the Criminal  Compliant be kept under seal until the arrest of the defendant.

WHEREFORE, the United States respectfully prays the Court to grant this request.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 21 day of February 2019.

ROSA EMILIA RODRÍGUEZ-VÉLEZ
United States Attorney

Alexander Alum
Assistant U.S. Attorney
USDC# G01915
Torre Chardón, Suite 1201
350 Carlos Chardon Ave.
San Juan, P.R. 00918

GRANTED.
DATE:       FEB 2 1 2019

BRUCE J. McGIVERIN
United States Magistrate Judge