# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| United States of America<br>v.<br><br>ELIMAR ALICIA CHARDON SIERRA<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 19-433 (M)<br>)<br>)<br>)<br>) |

*RECEIVED & FILED CLERK'S OFFICE FEB 21 2019 US DISTRICT COURT SAN JUAN, PR*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 5, 2019__ in the county of __San Juan__ in the __Judicial__ District of __Puerto Rico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 47 U.S.C. § 223(a)(1)(E) | Repeated harassing communications in interstate commerce. |

This criminal complaint is based on these facts:

See attached affidavit. The United States requests detention pursuant to 18 U.S.C. § 3142(f)(2)(B).
Reviewed by AUSA Alexander L. Alum

*[signature] 2/21/19*

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI SA Gerald Cavis
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __02/21/2019__

_____
*Judge's signature*

City and state: __San Juan, Puerto Rico__   Hon. Bruce J. McGiverin, USMJ
*Printed name and title*