UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ELIMAR ALICIA CHARDON-SIERRA<br>Defendant. | Criminal No. 19-153 (FAB) |

**RESPONSE IN OPPOSITION TO DEFENDANT'S INFORMATIVE MOTION**

The United States of America, through its undersigned counsel, respectfully requests that the Court grant it until May 27, 2019 to respond to Defendant Elimar Chardon-Sierra's motion to dismiss the indictment currently pending against her.

At the status conference held on April 23, 2019, the Court granted the defendant until May 9, 2019 to file a motion to dismiss, and granted the United States 14 days thereafter to file a response. Following the status conference, the undersigned placed May 23, 2019 on his calendar as the deadline to respond to Defendant's motion. As Defendant filed her motion to dismiss three days before the Court-imposed deadline, the United States' response was due yesterday.

The undersigned apologizes to the Court for his oversight, and respectfully requests that the Court grant it until May 27, 2019 to respond to the legally flawed arguments raised in Defendant's motion.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 21st of May, 2019.

ROSA EMILIA RODRIGUEZ VELEZ

UNITED STATES ATTORNEY
*s/ Alexander L. Alum*
Alexander L. Alum, U.S.D.C.-PR G01915
Assistant United States Attorney

1

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on May 21, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                      *s/ Alexander L. Alum*
                                      Alexander L. Alum
                                      Assistant United States Attorney