# United States of America
## District Court for the District of Puerto Rico

**United States of America**     \*        19-153 (FAB)

\*

**Vs.**          \*

\*

**Elimar Alicia Chardon Sierra\***

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### Third Motion to Amend Conditions of Release

**To Hon. Francisco A. Besosa**
**United States District Judge**
**For the District of Puerto Rico**

Comes now the Defendant herein, represented by the undersigned attorney and before this Honorable Court respectfully state and pray:

1. On 5/13/2019 Elimar was placed in the custody of Pabsi Livmar González Irizarry. See D.E. 51.

2. Elimar has complied with all conditions of release.

3. We informed Pretrial Office that Pabsi Livmar González Irizarry is traveling outside Puerto Rico from June 14, 2019 till June 23, 2019 for academic purposes, among other endeavors, to give a lecture on "Subtitling for the Deaf and Hard of Hearing in the Spanish-Speaking Greater Antilles" at the University of Stockholm, Sweeden.

4. The Court has to authorize that Elimar keeps residing at her current apartment in Urbanización Miramar, Calle Estado, #714, San Juan P.R. 00907. Miss. González phone number is (787)361-2428, in the absence of Pabsi Livmar González Irizarry, for those

nine (9) days. Upon information and belief Pretrial Officer Mr. Abdiel Alabaladejo has no objection to this request, with the condition that Elimar keeps assisting to her appointments with the psychiatrist.

      We respectfully request that Elimar be allowed to stay in her current residence.

      I hereby certify that the undersigned attorney served a copy of this document to selected CM/ECF participants.

Respectfully submitted in San Juan, Puerto Rico on June 13, 2019.

S/Manuel E. Moraza Ortiz
USDC-PR No. 219,710
Cond. El Monte Sur Townhouses,
Apt. G 806, San Juan P.R. 00918
Cel. (787)378-4755
morazalaw@gmail.com