United States of America
District Court for the District of Puerto Rico

| | | |
|---|---|---|
| **United States of America** | * | 19-153 (FAB) |
| | * | |
| **Vs.** | * | |
| | * | |
| **Elimar Alicia Chardon Sierra** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Second Motion for Extension to file Reply**

To Hon. Francisco A. Besosa
United States District Judge
For the District of Puerto Rico

Comes now the Defendant herein, represented by the undersigned attorney and before this Honorable Court respectfully state and pray:

1. As requested by this Counsel the Court Granted till June 17, 2019 to file our reply to the Government's response, D.E. 59.

2. Due to personal difficulties beyond this attorney's control we need a final extension of four (4) extra days to file our reply. We request a final extension till June 21, 2019.

3. If this motion is granted defendant waives her Speedy Trial right.

We respectfully request that the present motion be Granted and the deadline to file the reply be extended till June 21, 2019.

I hereby certify that the undersigned attorney served a copy of this document to all CM/ECF participants.

Respectfully submitted in San Juan, Puerto Rico on June 13, 2019.

S/Manuel E. Moraza Ortiz
USDC-PR No. 219,710
Cond. El Monte Sur Townhouses,
Apt. G 806, San Juan P.R. 00918
Cel. (787)378-4755
morazalaw@gmail.com