**United States of America**
**District Court for the District of Puerto Rico**

| | | |
|---|---|---|
| **United States of America** | * | **19-153(FAB)** |
| | * | |
| **Vs.** | * | |
| | * | |
| **Elimar Alicia Chardón Sierra** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### Motion Requesting Authorization to File an Extended Reply

**To Hon. Francisco A. Besosa**
**United States District Judge**
**For the District of Puerto Rico**

Comes now the Defendant herein, represented by the undersigned attorney and before this Honorable Court respectfully states and prays:

1. On D.E. 59 Court ordered that reply to Government's response to our motion to dismiss must comply strictly with Civil Local Rule 7(c).

2. Civil Local Rule 7(c) states that reply memorandum "shall not exceed ten (10) pages in length.

3. We request authorization to file a thirteen (13) pages in length memorandum, as is necessary to adequately respond to all matters brought in Government's response.

Wherefore we request that the present motion be granted and be allowed to file a thirteen (13) pages in length reply memorandum.

We certify that the present motion was notified to all CM/ECF participants.

Respectfully submitted in San Juan, Puerto Rico on June 19, 2019.


S/Manuel E. Moraza Ortiz, USDC-PR No. 219,710
Cond. El Monte Sur Townhouses, apt. G 806
San Juan P.R. 00918
Cel. (787)378-4755