United States of America
District Court for the District of Puerto Rico

**United States of America**  &ast;  19-153 (FAB)

&ast;

**Vs.**  &ast;

&ast;

**Elimar Alicia Chardon Sierra**&ast;

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### Fourth Motion to Amend Conditions of Release

**To Hon. Francisco A. Besosa**
**United States District Judge**
**For the District of Puerto Rico**

Comes now the Defendant herein, represented by the undersigned attorney and before this Honorable Court respectfully state and pray:

1. On 5/13/2019 Elimar was placed in the custody of Pabsi Livmar González Irizarry. See D.E. 51.

2. Elimar has complied with all conditions of release.

3. Pabsi Livmar González Irizarry is traveling outside Puerto Rico with her mother from August 1, 2019 till August 12, 2019. Pabsi's mother is receiving an emergency medical treatment in the state of Florida.

4. The Court has to authorize that Elimar keeps residing at her current apartment in Urbanización Miramar, Calle Estado #714, San Juan P.R. 00907 for those eleven (11) days. Miss. González phone number is (787)361-2428.

5. Mr. Abdiel Alabaladejo has been informed of this request and has no objection, with the condition that Elimar keeps assisting to her appointments with the psychiatrist.

    We respectfully request that Elimar be allowed to stay in her current residence.

    I hereby certify that the undersigned attorney served a copy of this document to selected CM/ECF participants.

Respectfully submitted in San Juan, Puerto Rico on July 25, 2019.

S/Manuel E. Moraza Ortiz
USDC-PR No. 219,710
Cond. El Monte Sur Townhouses,
Apt. G 806, San Juan P.R. 00918
Cel. (787)378-4755
morazalaw@gmail.com